■ LAW OFFICES OF ANTHONY A. CAPETOLA, Respondent, v KRISTIN A. PELGRIM, Appellant. [936 NYS2d 553]

Upon review of a determination rendered after a nonjury trial, this Court's authority "is as broad as that of the trial court," and this Court may "render the judgment it finds war-

ranted by the facts, taking into account in a close case the fact that the trial judge had the advantage of seeing the witnesses" (*Northern Westchester Professional Park Assoc. v Town of Bedford*, 60 NY2d 492, 499 [1983] [internal quotation marks omitted]). Applying these principles, we discern no basis to disturb the Supreme Court's determination.

The defendant's remaining contentions are without merit. Dillon, J.P., Balkin, Leventhal and Chambers, JJ., concur.